**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02104-CMA

AMY PARRY

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

    This matter is before the Court on Defendant's July 5, 2013 Motion for Summary Judgment. (Doc. # 24.) The motion is ripe for review.[1] Upon review of the parties' briefing and evidence reference therein, the Court determines that genuine disputes of material fact preclude the Court from granting summary judgment.

    According, it is ORDERED that Defendant's Motion for Summary Judgment (Doc. # 24) is DENIED.

    DATED: September __10__, 2013

                                  BY THE COURT:

                                  */s/ Christine M. Arguello*

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge

---

[1] Plaintiff responded to the motion on July 25, 2013 (Doc. # 28), and Defendant replied on August 8, 2013 (Doc. # 33).